# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK H. SHULL, JR.,

    Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendant(s).

Case No.: 2:18-cv-01690-RFB-NJK

**ORDER**

On September 4, 2018, Plaintiff filed an application to proceed *in forma pauperis*. Docket No. 1. On September 13, 2018, the undersigned recommended that the application be denied and that Plaintiff be required to pay the filing fee if he wished to proceed with this case. Docket No. 5. Plaintiff has now paid the filing fee. Docket No. 6. Accordingly, the undersigned's report and recommendation is **WITHDRAWN** as moot and Plaintiff's application to proceed *in forma pauperis* is also deemed **WITHDRAWN** based on his payment of the filing fee.

The Clerk's Office is **INSTRUCTED** to docket Plaintiff's most recent complaint, which was filed as a notice at Docket No. 3.

Plaintiff is instructed that he must prosecute his case to the extent he wishes to continue with his claim, including properly effecting service on Defendants within 90 days. *See* Fed. R. Civ. P. 4(m). **FAILURE TO DO SO MAY RESULT IN THE DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: September 18, 2018

                                    Nancy J. Koppe
                                    United States Magistrate Judge