UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

NOV 8 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FREDERICK H. SHULL, Jr. | No. 18-72714 |
| FREDERICK H. SHULL, Jr., | D.C. No. 2:18-cv-01690-RFB-NJK District of Nevada, Las Vegas |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| U.S. DEPARTMENT OF EDUCATION; et al., | |
| Real Parties in Interest. | |

Before: SILVERMAN, NGUYEN, and OWENS, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**

IHP/MOATT